IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRICE JONES,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| NORTHEAST TREATMENT CENTERS,<br>INC., *et al.*,<br>*Defendants* | : <br> : <br> : <br> : | No. 20-2477 |

## ORDER

**AND NOW**, this 21st day of October, 2020, upon consideration of Defendants' Motion to Quash the Subpoena, or, in the alternative, for a Protective Order (Doc. No. 8), Nachmias Morris & Alt, LLC's Motion to Quash the Subpoena (Doc. No. 9), Plaintiff's Response in Opposition to Defendants' Motion (Doc. No. 10), Plaintiff's Response in Opposition to Nachmias Morris & Alt, LLC's Motion (Doc. No. 11), and Defendants' Reply (Doc. No. 12), it is **ORDERED** that Defendants' Motion to Quash (Doc. No. 8) and Nachmias Morris & Alt, LLC's Motion to Quash (Doc. No. 9) are **GRANTED**. Defendants' Motion for a Protective Order and Request for Fees and Costs are **DEEMED MOOT**.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1